UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
INDUSTRIAL FARMACEUTICA                 )
CANTABRIA, S.A.,                        )
                                        )
            Plaintiff,                  )
                                        )
            v.                          )      Civil Action No. 10-11267-JLT
                                        )
XENACARE HOLDINGS, INC.,                )
                                        )
            Defendant.                  )
_____)

**REPORT AND RECOMMENDATION OF DISMISSAL WITHOUT PREJUDICE FOR
FAILURE TO COMPLY WITH FED. R. CIV. P. 4(m) AND LR 4.1(b)**

May 10, 2011

Boal, M.J.

        This case was referred to the undersigned for full pretrial case management and report

and recommendations on any dispositive motions on February 15, 2011.  For the following

reasons, the Court recommends to the District Judge to whom this case is assigned that this

action be dismissed without prejudice for failure to serve the complaint within 120 days after the

complaint was filed in violation of Fed. R. Civ. P. 4(m) and LR 4.1(b).

        The complaint in this patent and trademark infringement case was filed on July 29, 2010.

The complaint originally named four defendants, including XenaCare Holdings, Inc.  On

December 17, 2010, the plaintiff filed notices of voluntary dismissal of its claims against

defendants Pharmacy Direct, Inc., Pacific Sales Group, Inc. and DoctorSolve Healthcare

Solutions, Inc.

        As of this date, there has been no return to the Court of proof of service of the summons

-1-

and complaint on the remaining defendant XenaCare Holdings, Inc. as required by Rule 4(m) of

the Federal Rules of Civil Procedure and Local Rule 4.1(b) of the Local Rules of this Court.  On

April 25, 2011, this Court issued an order directing the plaintiff to file proof of service or a

statement of good cause why service had not been made by May 9, 2011 or this Court would

recommend to the District Judge that this action be dismissed without prejudice.  As of this date,

the plaintiff has not complied with the Court's April 25, 2011 order.  Accordingly, this Court

recommends to the District Judge that this action be dismissed without prejudice.

## REVIEW BY DISTRICT JUDGE

The parties are hereby advised that under the provisions of Fed. R. Civ. P. 72(b), any

party who objects to these proposed findings and recommendations must file specific written

objections thereto with the Clerk of this Court within 14 days of the party's receipt of this Report

and Recommendation.  The written objections must specifically identify the portion of the

proposed findings, recommendations, or report to which objection is made, and the basis for such

objections.  See Fed. R. Civ. P. 72.  The parties are further advised that the United States Court

of Appeals for this Circuit has repeatedly indicated that failure to comply with Fed. R. Civ. P.

72(b) will preclude further appellate review of the District Court's order based on this Report

and Recommendation.  See Phinney v. Wentworth Douglas Hospital, 199 F.3d 1 (1st Cir. 1999);

Sunview Condo. Ass'n v. Flexel Int'l, Ltd., 116 F.3d 962 (1st Cir. 1997); Pagano v. Frank, 983

F.2d 343 (1st Cir.1993).

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge