UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INDUSTRIAL FARMACEUTICA CANTABRIA, S.A., | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 10-11267-JLT |
| XENACARE HOLDINGS, INC., | * * | |
| Defendant. | * | |

ORDER

May 26, 2011

TAURO, J.

This court ACCEPTS and ADOPTS the May 10, 2011 Report and Recommendation [#10] of Magistrate Judge Boal.  For the reasons set forth in the Report and Recommendation, this court hereby orders that this action is DISMISSED WITHOUT PREJUDICE.  This case is CLOSED.

IT IS SO ORDERED.

          /s/ Joseph L. Tauro
United States District Judge